# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128045

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 128045
                             COA: 259254
                             Oakland CC: 2002-183932-FH

CARRIE ANN CAMFIELD,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

d1128                                                    Clerk